# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2296
_____

TRACY D. NEWTON,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.
_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

December 27, 2018

PER CURIAM.

  AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tracy D. Newton, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.